**Dismissed and Opinion Filed June 8, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01183-CR**

**No. 05-19-01184-CR**

**BRADLEY MORRIS KNIERIEM, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-81009-2018 and 401-81010-2018**

## MEMORANDUM OPINION
Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Osborne

Before the Court are appellant's May 28, 2021 motions to voluntarily dismiss these appeals, signed by appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We grant the motions and dismiss these appeals.

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

191183f.p05
191184f.p05
Do Not Publish
TEX.R.APP.P.47.2(b)



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

BRADLEY MORRIS KNIERIEM,
Appellant

No. 05-19-01183-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 401-81009-
2018.
Opinion delivered by Justice
Osborne. Justices Pedersen, III and
Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 8th day of June, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

BRADLEY MORRIS KNIERIEM,
Appellant

No. 05-19-01184-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 401-81010-
2018.
Opinion delivered by Justice
Osborne. Justices Pedersen, III and
Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 8th day of June, 2021.